1  WILLIAM E. WEISS (SBN 73108)
   LAW OFFICES OF WILLIAM E. WEISS
2  130 Sutter Street, Seventh Floor
   San Francisco, California 94104
3  Telephone: (415) 362-6765
4  Facsimile: (415) 362-2405
   Email: weisslaw1@williameweiss.com
5
   Attorney for Plaintiff
6  RODNEY GEE

7
8                  IN THE UNITED STATES DISTRICT COURT
9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                         SAN FRANCISCO DIVISION
11

12 | RODNEY GEE,                                    | Case No. CV 09-1366 MHP
13 |          Plaintiff,                            | **STIPULATION AND [PROPOSED]**
14 |     v.                                         | **ORDER RESCHEDULING CASE**
                                                    | **MANAGEMENT CONFERENCE**
15 | SUSAN DELL'ARA, individually and in her
16 | official capacity; GREG MUNKS, individually    | Local Rule of Court 16-2(d).
   | and in his official capacity; MICHAEL
17 | TOSCANO, individually and in his official
18 | capacity; COUNTY OF SAN MATEO, a public
   | entity; COUNTY OF SAN MATEO SHERIFF'S
19 | DEPARTMENT, a public entity; MICHAEL
   | PRICE, individually and in his official capacity;
20 | JAMES A. SAUNDERS, individually and in his
   | official capacity; STEVE SHELDON,
21 | individually and in his official capacity; DAVID
22 | BERTINI, individually and in his official
   | capacity; JOE SPANHEIMER, individually and
23 | in his official capacity; FERNANDO REALLY
   | VASQUEZ, individually and in his official
24 | capacity; CITY OF PACIFICA, a public entity;
   | PACIFICA POLICE DEPARTMENT, a public
25 | entity,
26
   |          Defendants.
27
28

                                      1
   Case No. CV 09-1366 MHP
   STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE

### STIPULATION RESCHEDULING CASE MANAGEMENT CONFERENCE

IT IS HEREBY STIPULATED AND AGREED by and among counsel herein that the Case Management Conference in this case may be set for August 3, 2009 at 3:00 p.m. The reason for this stipulation is that plaintiff's counsel is set for jury trial in *Garcia v. Pivetti, et al*, Superior Court Case No. CU 08 00024 in San Benito County on July 13, 2009, which is the date of the originally set Case Management Conference.

The Court is respectfully requested to set the Case Management Conference for the requested date pursuant to Local Rule of Court 16-2(d). This matter was raised at the motion to dismiss hearing on June 22, 2009 and the Court was informed of the schedule problem at that time. The Court suggested the August 3, 2009 date and requested counsel, who were present, to confer and agree on the August date.

**IT IS SO AGREED AND STIPULATED.**

Dated: June 30, 2009                    Respectfully submitted,

                                                LAW OFFICES OF WILLIAM E. WEISS

                                                _____/s/_____
                                                 WILLIAM E. WEISS
                                                 Attorney for Plaintiff RODNEY GEE

Dated: June 30, 2009                    Respectfully submitted,

                                                SAN MATEO COUNTY COUNSEL

                                                _____/s/_____
                                                 DAVID A. SILBERMAN
                                                 Attorney for Defendants SAN MATEO, ET AL.

Dated: June 30, 2009                    Respectfully submitted,

                                                HOWARD ROME MARTIN & RIDLEY LLP

                                                _____/s/_____
                                                 JOSEPH C. HOWRAD, JR.
                                                 Attorney for Defendants PACIFICA, ET AL.

**ORDER**

Pursuant to the Stipulation between the parties, the Case Management Conference in this matter will be rescheduled to August 3, 2009, at 3:00 p.m. in Courtroom 15.

**IT IS SO ORDERED.**

Dated: __June 30__, 2009      _____



MARILYN HALL PATEL
UNITED STATES DISTRICT COURT

3

Case No. CV 09-1366 MHP
STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASEMANAGEMENT CONFERENCE