| | |
|---|---|
| 1 | MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887) |
| | DAVID A. SILBERMAN, DEPUTY (SBN 211708) |
| 2 | Hall of Justice and Records |
| | 400 County Center, 6th Floor |
| 3 | Redwood City, CA  94063 |
| | Telephone: (650) 363-4749 |
| 4 | Facsimile:  (650) 363-4034 |
| | E-mail:  dsilberman@co.sanmateo.ca.us |

Attorneys for Defendants
COUNTY OF SAN MATEO, et al.

JOSEPH HOWARD (SBN 50784)
HOWARD, ROME, MARTIN & RIDLEY
1775 Woodside Road Suite 200
Redwood City, CA 94061-3436
Telephone: (650) 365-7715
Facsimile: (650) 364-5297
Email:  jhoward@hrmrlaw.com

Attorneys for Defendants
CITY OF PACIFICA, et al.

WILLIAM E. WEISS (SBN 73108)
LAW OFFICES OF WILLIAM E. WEISS
130 Sutter Street, Seventh Floor
San Francisco, California 94104
Telephone:  (415) 362-6765
Facsimile:  (415) 362-2405
Email:  weisslaw1@williamweiss.com

Attorney for Plaintiff
RODNEY GEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY GEE, | Case No. CV 09-1366 MHP |
| Plaintiff, | **STIPULATION CONTINUING SECOND CASE MANAGEMENT CONFERENCE; [PROPOSED ORDER]** |
| vs. | |
| SUSAN DELL'ARA, et al., | |
| Defendants. | |

Case No. CV 09-1366 MHP

## RECITALS

WHEREAS the Court has advanced the parties' second case management conference to September 28th at 3:00 p.m.

WHEREAS counsel are unavailable on September 28, 2009 due to a religious observance and a pre-set trial.

WHEREAS counsel are available on October 5, 2009 at 3:00 p.m.

## STIPULATION

The parties hereby stipulate to the Court moving the second case management conference from September 28, 2009 to October 5, 2009 at 3:00 p.m.

1  Dated: September 17, 2009                          MICHAEL P. MURPHY, COUNTY COUNSEL

                                                      By: _____/s/_____
                                                           David A. Silberman, Deputy,[1]

                                                      Attorneys for Defendants
                                                      COUNTY OF SAN MATEO, *et al.*


Dated: September 17, 2009                             By: _____/s/_____
                                                           William Weiss,

                                                      Attorney for Plaintiff
                                                      RONALD GEE


Dated: September 17, 2009                             By: _____/s/_____
                                                           Joseph Howard,

                                                      Attorney for Defendants
                                                      CITY OF PACIFICA, *et al.*

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, the Court hereby ORDERS that the case management conference currently scheduled for September 28, 2009 be moved to October 5, 2009 at 3:00 p.m.

IT IS SO ORDERED

DATED: 9/18/2009                                      _____
                                                      HON. CHARLES R. BREYER
                                                      DISTRICT COURT JUDGE

*[Stamp: IT IS SO ORDERED / Judge Marilyn H. Patel]*

---

[1] I, David Silberman, hereby attest, pursuant to General Order 45, section X.B, that concurrence in the filing of the document has been obtained from each of the other signatories.

Case No. CV 09-1366 MHP                    3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. CV 09-1366 MHP                                4