1  WILLIAM E. WEISS (SBN 73108)
   LAW OFFICES OF WILLIAM E. WEISS
2  130 Sutter Street, Seventh Floor
   San Francisco, California 94104
3  Telephone: (415) 362-6765
4  Facsimile: (415) 362-2405
   Email: weisslaw1@williameweiss.com
5

6  Attorney for Plaintiff
   RODNEY GEE

7

8                   IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | RODNEY GEE,                                    ) Case No. CV 09-1366 MHP
                                                    )
13 |           Plaintiff,                           )
                                                    )
14 |      v.                                        ) [PROPOSED] ORDER RE STIPULATION
15 | SUSAN DELL'ARA, individually and               ) TO AMEND COMPLAINT
    in her official capacity; GREG MUNKS,           )
16 | individually and in his official capacity;     ) Honorable Marilyn H. Patel
    MICHAEL TOSCANO, individually and              )
17 | in his official capacity; COUNTY OF SAN       )
    MATEO, a public entity; COUNTY OF              )
18 | SAN MATEO SHERIFF'S DEPARTMENT)
19 | a public entity; MICHAEL PRICE,                )
    individually and in his official capacity;      )
20 | JAMES A. SAUNDERS, individually and in)
    his official capacity; STEVE SHELDON,           )
21 | individually and in his official capacity;     )
22 | DAVID BERTINI, individually and in his        )
    official capacity; JOE SPANHEIMER,              )
23 | individually and in his official capacity;     )
    FERNANDO REALLY VASQUEZ,                        )
24 | individually and in his official capacity;     )
    CITY OF PACIFICA, a public entity;              )
25 | PACIFICA POLICE DEPARTMENT, a                  )
    public entity                                   )
26                                                  )
                                                    )
27 |           Defendants.                          )
   |_____             )
28

1  **[PROPOSED] ORDER**

2  Based upon the stipulation of the parties herein and the policy of allowing amendment of

3  pleadings the court hereby grants plaintiff's request to file an amended complaint.

4  IT IS SO ORDERED.

5

6

Dated: __11/17__, 2009

7  _____
MARILYN HALL PATEL
8  UNITED STATES DISTRICT COURT JUDGE



IT IS SO ORDERED
Judge Marilyn H. Patel

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. CV 09-1366 MHP
[PROPOSED] ORDER RE STIPULATION TO AMEND COMPLAINT