**JOSEPH C. HOWARD, JR.** [SBN: 050784]
**TODD H. MASTER** [SBN: 185881]
**MELISSA M. HOLMES** [SBN: 220961]
**HOWARD ROME MARTIN & RIDLEY LLP**
1775 Woodside Road, Suite 200
Redwood City, CA  94061
Telephone:  (650) 365-7715

Attorneys for Defendants CITY OF PACIFICA,
JAMES A. SAUNDERS, STEVE SHELDON,
DAVID BERTINI, JOE SPANHEIMER, and
FERNANDO REALYVASQUEZ

**WILLIAM E. WEISS** [SBN: 73108]
**LAW OFFICES OF WILLIAM E. WEISS**
130 Sutter Street, Seventh Floor
San Francisco, California 94104
Telephone: (415) 362-6765
Facsimile: (415) 362-2405

Attorney for Plaintiff
RODNEY GEE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT

| | |
|---|---|
| RODNEY GEE,<br><br>    Plaintiff,<br><br>    vs.<br><br>SUSAN DELL'ARA, *et al.*<br><br>    Defendants. | Case No. CV 09-~~10366~~ 1366 CRB<br><br>**[~~PROPOSED~~ ORDER] AND STIPULATION TO CHANGE DATE OF CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY STIPULATED by and between plaintiff RODNEY GEE and defendants the CITY OF PACIFICA, JAMES A. SAUNDERS, STEVE SHELDON, DAVID BERTINI, JOE SPANHEIMER, and FERNANDO REALYVASQUEZ, that the Case Management Conference scheduled for July 22, 2011, at 8:30 a.m., before the Honorable Charles R. Breyer be moved to **August 26, 2011 at 8:30 a.m.**

///

---

1

[Proposed Order] and Stipulation to Change Date of Case Management Conference; Case No. C 09-01366 CRB

The parties stipulate to move the Case Management Conference due to the unavailability of lead trial counsel for defendants to participate in the ordered meet and confer process in advance of the conference, file a joint case management statement, or appear at the Conference as currently scheduled.

**IT IS SO STIPULATED.**

DATE: July 8, 2011    HOWARD ROME MARTIN & RIDLEY LLP

By:    /s/ Todd H. Master[1]
Joseph C. Howard
Todd H. Master
Attorneys for Defendants CITY OF PACIFICA; JAMES A. SAUNDERS; STEVE SHELDON, DAVID BERTINI; JOE SPANHEIMER, and FERNANDO REALYVASQUEZ

DATE: July 8, 2011    LAW OFFICES OF WILLIAM E. WEISS

By:    /s/ William E. Weiss
William E. Weiss
Attorneys for Defendants TOWN OF ATHERTON and OFFICER GORDON DERE

### [~~PROPOSED~~] ORDER

Pursuant to the above stipulation of the parties, **IT IS HEREBY ORDERED THAT**, the Case Management Conference currently scheduled for July 22, 2011 shall be moved to **August 26, 2011 at 8:30 a.m.**

**IT IS SO ORDERED.**

Date: July _12_, 2011

_____
CHARLES R. BREYER
United States District Judge



---

[1] I, Todd H. Master, hereby attest pursuant to General Order 45, section X.B, that a written concurrence in the filing of the document has been obtained from the other signatory.

2

[Proposed Order] and Stipulation to Change Date of Case Management Conference; Case No. C 09-01366 CRB