IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RODNEY GEE,

    Plaintiff,

v.

SUSAN DELL'ARA, ET. AL.,

    Defendants.

No. C 09-01366 CRB

**ORDER DENYING EX PARTE REQUEST TO MODIFY BRIEFING SCHEDULE**

The Pacifica Defendants filed an *ex parte* application to modify the briefing schedule to continue the time to file the motion for summary adjudication on the issues of probable cause and qualified immunity. Dkt. 116. Plaintiff opposed. Dkt. 117.

This Court ordered Defendants to file any motions on or before January 27, 2012 at the Case Management Conference, held December 16, 2011, and Defendants agreed. Dkt. 113. The Court does not find good cause exists to extend the time at this point, and the application is DENIED.

**IT IS SO ORDERED.**

Dated: January 3, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\1366\Order Denying Request for Extension of Time.wpd