**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8   IN THE UNITED STATES DISTRICT COURT
9   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  RODNEY GEE,                                          No. C 09-01366 CRB
12          Plaintiff,                                   **ORDER OF DISMISSAL**
13      v.
14  SUSAN DELL'ARA, individually and in her
    official capacity; GREG MUNKS, individually
15  and in his official capacity; MICHAEL
    TOSCANO, individually and in his official
16  capacity; COUNTY OF SAN MATEO, a public
    entity, COUNTY OF SAN MATEO SHERIFF'S
17  DEPARTMENT, a public entity; MICHAEL
    PRICE, individually and in his official capacity,
18  JAMES A SAUNDERS, individually and in his
    official capacity; STEVE SHELDON,
19  individually and in his official capacity; DAVID
    BERTINI, individually and in his official
20  capacity; JOE SPANHEIMER, individually and
    in his official capacity; FERNANDO REALLY
21  VASQUEZ, individually and in his official
    capacity; CITY OF PACIFICA, a public entity;
22  PACIFICA POLICE DEPARTMENT, a public
    entity,
23
24          Defendants.                            /
25
26      The parties hereto, by their counsel, having advised the Court that they have agreed to a
27  settlement of this case,
28

1  IT IS HEREBY ORDERED that this case be dismissed without prejudice; provided,
2 however, that if any party hereto shall certify to this Court, within thirty (30) days, with proof of
3 service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has
4 not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be
5 restored to the calendar to be set for trial.

7 Dated: January 17, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2