IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY GEE,<br><br>             Plaintiff,<br><br>   v.<br><br>SUSAN DELL'ARA, individually and in her official capacity; GREG MUNKS, individually and in his official capacity; MICHAEL TOSCANO, individually and in his official capacity; COUNTY OF SAN MATEO, a public entity, COUNTY OF SAN MATEO SHERIFF'S DEPARTMENT, a public entity; MICHAEL PRICE, individually and in his official capacity, JAMES A SAUNDERS, individually and in his official capacity; STEVE SHELDON, individually and in his official capacity; DAVID BERTINI, individually and in his official capacity; JOE SPANHEIMER, individually and in his official capacity; FERNANDO REALLY VASQUEZ, individually and in his official capacity; CITY OF PACIFICA, a public entity; PACIFICA POLICE DEPARTMENT, a public entity,<br><br>             Defendants.<br>_____/ | No. C 09-01366 CRB<br><br>**ORDER OF DISMISSAL** |

The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this case,

IT IS HEREBY ORDERED that this case be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within thirty (30) days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

Dated: January 17, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE